NORTHERN TREE SERVICE, INC., Appellant, *v.* DONOVAN TREE
SERVICE, INC., Respondent.

Third Department, February 25, 1971.

*James H. Doran* for appellant.

*Tate & Tate* (*Rex S. Ruthman* of counsel), for respondent.

REYNOLDS, J.   This is an appeal from a judgment of the
Supreme Court, Albany County, entered upon a decision at Trial
Term which dismissed appellant's complaint to foreclose a lien
and granted judgment to respondent Donovan Tree Service, Inc.
on its counterclaim for willful exaggeration of the lien pursuant
to sections 39 and 39-a of the Lien Law.

The instant litigation arose out of an oral contract between
appellant and respondent, Donovan Tree Service, Inc., whereby
appellant cut brush and trees in Harriman State Park.   Appel-
lant performed some work pursuant to the alleged contract and
then brought this action to foreclose a lien in the sum of $2,000
as subcontractor against moneys alleged to be due under a con-
tract with the State of New York.   Respondent Donovan denied
liability and counterclaimed for willful exaggeration of the lien.
Appellant asserts that there was no willful exaggeration because
there is a conflict of evidence as to the terms of the agreement,
the amount of work done, and the amount due.   However, the
trial court in finding a willful exaggeration utilized appellant's
version of the facts as to the amount of work done and the
amount paid under the contract and thus under the admitted
contract terms the greatest amount that could be due was $1,500
whereas the amount for which the lien was filed was $2,000.   The
exaggeration was therefore willful under the terms of the statute
(*Collins* v. *Peckham Road Corp.*, 18 A D 2d 860) and, accordingly,
the judgment appealed from should be affirmed.

HERLIHY, P. J., STALEY, JR., GREENBLOTT and COOKE, JJ.,
concur.

Judgment affirmed, with costs.